M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP**.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
       gharoutunian@justice4you.com

*Attorneys for Plaintiff and the Proposed Class*

Matthew D. Pearson, (SBN 294302)
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:  (714) 966-8882
Facsimile:  (714) 754-6611
Email: mpearson@bakerlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON, a person lacking legal capacity, by MOSANTHONY WILSON, his conservator, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation,<br><br>Defendant. | Case No. 3:22-cv-0993-BAS-WVG<br><br>**JOINT MOTION REQUESTING DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2) and Local Rule 7.2(b), Plaintiff Michael Wilson, a person lacking legal capacity, by Mosanthony Wilson, his conservator ("Plaintiff"), individually and, purportedly, on behalf of all others similarly situated, and Defendant Maxim Healthcare Services, Inc., ("Defendant"), respectfully submit this motion and request this Court enter an order dismissing this action, without prejudice, and with each party bearing its own attorneys' fees and costs. A proposed form of order is submitted herewith. As grounds therefor, the Parties state as follows:

1. On May 25, 2022, Plaintiff, on behalf of himself and, on behalf of all others similarly situated, filed his initial complaint in the Superior Court of the State of California, County of San Diego, Case No., 37-2022-00019850-CU-BT-CTL. [ECF No. 1-2.] Plaintiff alleged that his and the putative Class Members' Personal Health Information and Personally Identifiable Information were compromised during a cyberattack perpetrated against Defendant between October 1, 2020 and December 4, 2020.

2. On July 7, 2022, Defendant timely removed this action to this Court.

3. Even before removal, counsel for the Parties conferred on several matters including the potential for an early mediation and a stay of this action to facilitate that mediation.

4. The Parties scheduled a mediation before nationally experienced data breach class action mediator Bennett Picker, Esq., of Stradley, Ronon, Stevens & Young, LLP, for September 21, 2022.

5. On July 12, 2022, the Parties jointly moved this Court for a motion to stay pending completion of mediation. [ECF No. 6.]

6. On July 14, 2022, this Court granted the Parties' Joint Motion to Stay. [ECF No. 7.]

7. Prior to the mediation scheduled for September 21, 2022, the Parties

reached a settlement in principle and are diligently working on a settlement agreement. One term of the settlement is the Parties' agreement that, in lieu of a stipulation to remand, the Parties would jointly seek to dismiss this case and refile in the appropriate state court.

8. Therefore, the Parties respectfully request that the Court grant this joint motion and issue an order dismissing the instant action, without prejudice.

**IT IS SO STIPULATED**

Respectfully submitted this 5th day of October, 2022.

| **CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.** | **BAKER & HOSTETLER LLP** |
|---|---|
| /s/ M. Anderson Berry | /s/ Matthew D. Pearson |
| M. Anderson Berry (SBN 262879) | Matthew D. Pearson (SBN 294302) |
| 865 Howe Avenue | 600 Anton Boulevard, Suite 900 |
| Sacramento, CA 95825 | Costa Mesa, CA 92626 |
| Telephone: (916) 239-4778 | Telephone: (714) 966-8882 |
| Facsimile: (916) 924-1829 | Facsimile: (714) 754-6611 |
| Email: aberry@justice4you.com | Email: mpearson@bakerlaw.com |
| | |
| Alex R. Straus (SBN 321366) | Casie D. Collignon, *pro hac vice* |
| MILBERG COLEMAN BRYSON | 1801 California Street, Suite 4400 |
| 280 S. Beverly Drive | Denver, CO 80202 |
| Beverly Hills, CA 90212 | 1801 California Street, Suite 4400 |
| Telephone: (917) 471-1894 | Denver, CO 80202 |
| Facsimile: (865) 522-0049 | Telephone: (303) 764-4037 |
| Email: astraus@Milberg.com | Facsimile:303) 861-7805 |
| | Email: ccollingnon@bakerlaw.com |

*Attorneys for Plaintiff*

# ATTESTATION

I, Matthew D. Pearson, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

                                           */s/ Matthew D. Pearson*